**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELEOBARDO LOPEZ,<br><br>       Petitioner,<br><br>    v.<br><br>S. FRAUENHEIM, Warden,<br><br>       Respondent. | Case No. CV 16-2782-JVS (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 24, 2017

                                      JAMES V. SELNA
                                      U.S. DISTRICT JUDGE